UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------

RODNEY E. JONES,

                    Petitioner,

      vs                                                            9:03-CV-1171

JAMES T. CONWAY,

                    Respondent.

-----------------------------------

APPEARANCES:                                      OF COUNSEL:

RODNEY E. JONES
Petitioner, Pro Se
01-B-1730
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024

HON. ELIOT SPITZER                         PATRICK F. MacRAE, ESQ.
Attorney General of the                    Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
Suite 102
615 Erie Boulevard West
Syracuse, NY 13204

HON. DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Petitioner, Rodney E. Jones, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking federal habeas relief.  By Report-Recommendation dated March 24, 2005, the Honorable David R. Homer, United States Magistrate Judge, recommended that the petition in this matter be denied.

      Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 25, 2005
       Utica, New York.